AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of New York ▾

| | |
|---|---|
| DONALD J. TRUMP and TRUMP ORGANIZATION LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> LETITIA JAMES, in her official capacity as Attorney General for the State of New York <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-01352-BKS-CFH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LETITIA JAMES
OFFICE OF THE ATTORNEY GENERAL
THE CAPITAL
ALBANY, NY 12224

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                *Signature of Clerk or Deputy Clerk*