
20220104155353

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | Angela Roy |
| TITLE: | PROCESS SERVER    DATE: 1/5/22 @ 9:15 AM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

LETITIA JAMES

Place where served:

OFFICE OF THE ATTONEY GENERAL  THE CAPITAL  ALBANY  NY  12224

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Ken Krueger, Authorized Agent

Relationship to defendant _____

Description of Person Accepting Service:

SEX: M   AGE: 40   HEIGHT: 5'8"   WEIGHT: 180 lb.   SKIN: White   HAIR: Brown   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____    SERVICES $ _____    TOTAL $ _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 1/5/2022

SIGNATURE OF Angela Roy  L.S.
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   ALINA HABBA, ESQ.
PLAINTIFF:   DONALD J. TRUMP, ET AL
DEFENDANT:  LETITIA JAMES, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE
VENUE:      STATE OF NEW YORK,
DOCKET:     DISTRICT
COMMENT:    1 21 CV 01352 BKS CFH