**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD J. TRUMP and TRUMP ORGANIZATION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LETITIA JAMES, in her official capacity as Attorney General for the State of New York,<br><br>Defendant. | Civil Action No.: 1:21-cv-01352-BKS-CFH<br><br><br><br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUCTION** |

After considering Plaintiffs' motion for a preliminary injunction, the parties' briefs, and the evidence and oral argument presented at the preliminary-injunction hearing, Plaintiffs' motion is GRANTED. Plaintiffs have demonstrated "'(a) irreparable harm and (b) either (1) likelihood of success on the merits or (2) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly toward the party requesting the preliminary relief.'" *Citigroup Glob. Markets, Inc. v. VCG Special Opportunities Master Fund Ltd.*, 598 F.3d 30, 35 (2d Cir. 2010).

**IT IS HEREBY ORDERED THAT**, until this Court adjudicates the merits of Plaintiffs' claims and enters final judgment:

1. Plaintiffs' Motion is hereby granted in its entirety;

2. The Office of the New York Attorney General's active civil investigation of Plaintiffs be stayed for the duration of this action and pending resolution thereof; and

3. In the alternative, Defendant must recuse herself from any involvement in any capacity in the active civil and criminal investigations of Plaintiffs for the duration of this action and pending resolution thereof.

DATED: _____

Hon. Brenda K. Sannes
United States District Judge