UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP and TRUMP ORGANIZATION LLC,<br><br>                      Plaintiffs,<br><br>   v.<br><br>LETITIA JAMES, in her official capacity as Attorney General for the State of New York,<br><br>                      Defendant. | CIVIL ACTION NO.<br>1:21-CV-01352 (BKS)(CFH)<br><br>**NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that Colleen K. Faherty, duly admitted to practice in this court, hereby appears in this action on behalf of the Defendant, Letitia James, in her official capacity as Attorney General for the State of New York.  Please direct all further correspondence and/or electronic notices to the undersigned.

Dated:  New York, New York
           January 11, 2022

                                                LETITIA JAMES
                                                Attorney General of the State of New York

                                                By:

                                                /s/ Colleen K. Faherty
                                                Colleen K. Faherty (CF3855)
                                                Assistant Attorney General
                                                28 Liberty Street, 18th Floor
                                                New York, New York 10005
                                                P: 212.416.6046
                                                F: 212.416.6009
                                                Colleen.Faherty@ag.ny.gov

                                                *Attorney for Defendant*

To:    Counsel of record (via ECF)