UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

DONALD J. TRUMP and TRUMP
ORGANIZATION LLC,

                Plaintiffs,

   v.

LETITIA JAMES, in her official capacity
as Attorney General for the State of New
York,

                Defendant.

CIVIL ACTION NO.
1:21-CV-01352 (BKS)(CFH)

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil Local Rule 83.1(d), Defendant moves for the admission and appearance of attorney Andrew Stuart Amer *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Colleen K. Faherty, as well as the Andrew S. Amer Petition for Admission, and required attorney registration form, along with certificate of good standing, attached herewith. As set forth in the attached declaration, I have known Mr. Amer since 2016 and find him to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York. In furtherance of his good character, I have also enclosed Andrew Stuart Amer's certificate of good standing, issued by the Appellate Division of the Supreme Court of the State of New York, First Judicial Department.

Dated: New York, New York
January 11, 2022

Respectfully submitted,

LETITIA JAMES
Attorney General of the State of New York

By:

/s/ Colleen K. Faherty
Colleen K. Faherty (NDNY No. 703288)
Assistant Attorney General
28 Liberty Street, 18th Floor
New York, New York 10005
P: 212.416.6046
F: 212.416.6009
Colleen.Faherty@ag.ny.gov

*Attorney for Defendant*

To:   Counsel of record (via ECF)