UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of: **Andrew Stuart Amer**

DECLARATION
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF **New York**

**Colleen K. Faherty**, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of **the Office of the New York Attorney General**, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: **703288**.

2. I make this Declaration in support of the admission of **Andrew Stuart Amer**.

3. I have known **Andrew Stuart Amer** since **2016**, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this **11th** day of **January**, 20**22**.

*Colleen K. Faherty*
Colleen K. Faherty
**SPONSOR**

w:\attyadm\Declaration_of_Sponsor
Form Date: 1/1/2018