

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF NEW YORK

## Petition for Admission, pursuant to Local Rule 83.1(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
I submit the following personal statement for admission to the Bar of the U.S. District Court for the Northern District of New York.

### Personal Statement (Personal Information, Business Information, Good Standing, Education)
### Personal Information

(Please enter your full name, including suffix, e.g. Sr., Jr., II, III, etc.)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| Andrew | Stuart | Amer | |

Residence Address:

| City: | State: | Zip: | County: |
|---|---|---|---|
| New York | New York | 10012 | New York |

### Business Information

Affiliation/Firm: Office of the New York Attorney General

Address: 28 Liberty Street

| City: | State | Zip | County |
|---|---|---|---|
| New York | New York | 10012 | New York |

E-Mail: andrew.amer@ag.ny.gov

| Title: | Date of Employment: | Firm Telephone: |
|---|---|---|
| Special Counsel | 09/01/2016 | 212-416-6127 |

### Good Standing

List jurisdictions & dates admitted & any attorney bar codes or state registration numbers.

NYS Bar - 1/12/87 (Registration No. 2107191); SDNY - 2/3/87; EDNY - 2/3/87; 2d Cir - 12/8/88; DC Cir - 11/27/89; 7th Cir - 3/6/98; 4th Cir - 4/14/20; 9th Cir - 10/5/20; ND IL - 7/31/01; 3d Cir - 11/21/01; 5th Cir - 8/5/02; US Sup Ct - 2/24/03

| | Yes | No |
|---|---|---|
| Have you ever been convicted of a misdemeanor or felony? | ☐ | ☒ |
| Are there any disciplinary proceedings presently pending against you? | ☐ | ☒ |
| Have you ever been censured or suspended from practice before any court? | ☐ | ☒ |
| Have you ever been denied admission or readmission to the bar of any court? | ☐ | ☒ |

If you answered "Yes" to any of the above questions, you must attach a separate statement explaining the nature of any such actions or proceedings.

### Education

| Name of Law School City and State where located | Dates of Attendance From To (Month/Year) | Type of Degree Received | Date Degree Received or Expected |
|---|---|---|---|
| U. of Pa. Law School, Philadelphia | 9/83 to 5/86 | JD | 05/31/1986 |

Revised 12/2019

Are you currently or have you ever been a law clerk to a District Judge or Magistrate Judge? If yes, give name and title of Judge and specify dates and location:

Not applicable

I have read and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Criminal Procedure for the District Courts; the Local Rules and General Orders for the Northern District of New York; and the N.Y.S. Rules of Professional Conduct and will faithfully adhere thereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____   01/10/2022
Signature                                  Date

Revised 12/2019