United States District Court
Northern District of New York

## NEW ATTORNEY E-FILING REGISTRATION FORM

*Enter your full name, as it will appear on your official Admission Certificate. Select your method of admission and enter the required information. Complete and sign the Oath on Admission.*

NAME: _____   Sr.   Jr.
       First        Middle         Last                 II    III

**STANDARD ADMISSION** see L.R. 83.1(a)
Applicants who are not admitted to practice in the Federal Courts of New York.

**RECIPROCAL ADMISSION** see L.R. 83.1(c)
A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]

**PRO HAC VICE ADMISSION** see L.R. 83.1(d)
Motion for Limited Admission Pro Hac Vice in _____ (case number)
Applicant required to file a Pro Hac Vice access request in PACER.
Email address

**FEDERAL GOVERNMENT ADMISSION** see L.R. 83.1(e)
   Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S. Government, who is admitted to practice in other Federal Districts
   Attorney in the employ of the United States Government who is **not** admitted in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

**SPECIAL ADMISSION CEREMONY** scheduled on ___/___/___ in _____, NY.
Sponsored by the Federal Court Bar Association. [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]

**BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.1(a)5.**

### Oath on Admission

I, _____, do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated: ___/___/___

_____
*Attorney Signature*