UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK
_____

IN THE MATTER OF THE APPLICATION OF

_____          ORDER


TO BE ADMITTED TO THE UNITED STATES
DISTRICT COURT FOR THE NORTHERN
DISTRICT OF NEW YORK
_____

    Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern

District of New York, _____ is hereby accepted for


    ☐ Admission to practice in the United States District Court for the Northern
     District of New York.

    ☐ Pro Hac Vice Admission to practice in the United States District Court for
     the Northern District of New York for the particular case of:

     _____.

IT IS SO ORDERED.

Dated:_____


         _____
         ☐ U.S. District Judge
         ☐ U.S. Magistrate Judge