UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP and TRUMP ORGANIZATION LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>LETITIA JAMES, in her official capacity as Attorney General for the State of New York,<br><br>            Defendant. | CIVIL ACTION NO.<br>1:21-CV-01352 (BKS)(CFH)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Kevin C. Wallace, duly admitted to practice in this court, hereby appears in this action on behalf of the Defendant, Letitia James, in her official capacity as Attorney General for the State of New York.

Dated: New York, New York
       January 12, 2022

LETITIA JAMES
Attorney General of the State of New York

By:

/s/ Kevin C. Wallace
Kevin C. Wallace (KW4141)
Senior Enforcement Counsel
Economic Justice Division
28 Liberty Street, 21st Floor
New York, New York 10005
P: 212.416.6376
F: 212.416.6009
kevin.wallace@ag.ny.gov

*Attorney for Defendant*

To:   Counsel of record (via ECF)