UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP and TRUMP ORGANIZATION LLC,<br><br>                        Plaintiffs,<br><br>   v.<br><br>LETITIA JAMES, in her official capacity as Attorney General for the State of New York,<br><br>                        Defendant. | 1:21-CV-01352 (BKS)(CFH)<br><br>**NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Andrew S. Amer, duly admitted *pro hac vice* to practice in this Court, hereby appears in this action on behalf of the Defendant, Letitia James, in her official capacity as Attorney General for the State of New York. Please direct all further correspondence and/or electronic notices to the undersigned.

Dated: New York, New York
         January 13, 2022

                                      LETITIA JAMES
                                      Attorney General of the State of New York

                                      By: /s/ Andrew S. Amer
                                      Andrew S. Amer
                                      Special Counsel
                                      28 Liberty Street, 23rd Floor
                                      New York, New York 10005
                                      P: 212.416.6127
                                      F: 212.416.6009
                                      Andrew.Amer@ag.ny.gov

                                      *Attorney for Defendant*

To:    Counsel of record (via ECF)