# EXHIBIT C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------X
PEOPLE OF THE STATE OF NEW YORK, by
LETITIA JAMES, Attorney General of the
State of New York,

                Petitioner,                    Index No. 451685/20

       -against-

                                              **Motion Seq. No.: 002**

THE TRUMP ORGANIZATION, INC.,
DJT HOLDINGS LLC, DJT HOLDINGS MANAGING
MEMBER LLC, SEVEN SPRINGS LLC,
ERIC TRUMP, CHARLES MARTABANO,
MORGAN, LEWIS & BOCKIUS, LLP, and
SHERI DILLON,

                Respondents.
------------------------------------------------------------------------X

**MEMORANDUM OF LAW OF THE TRUMP ORGANIZATION, INC.
DJT HOLDINGS LLC, DJT HOLDINGS MANAGING MEMBER LLC,
SEVEN SPRINGS, LLC AND ERIC TRUMP IN OPPOSITION TO
THE OFFICE OF THE ATTORNEY GENERAL'S PEITION
AND MOTION TO COMPEL COMPLIANCE
<u>WITH INVESTIGATORY SUBPOENAS</u>**


**LAROCCA HORNIK ROSEN
& GREENBERG LLP**
40 Wall Street, 32nd Floor
New York, NY 10005
T: (212) 530-4823
*Attorneys for Respondents
The Trump Organization, Inc.,
DJT Holdings LLC,
DJT Holdings Managing Member LLC and
Seven Springs LLC*

**MUKASEY FRENCHMAN & SKLAROFF, LLP**
2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, NY 10017
T: (212) 466-6400

-and-

**LAW OFFICES OF ALAN S. FUTERFAS**
565 Fifth Avenue, 7th Floor
New York, NY 10017
T: (212) 684-8400
*Attorneys for Respondent
Eric Trump*

███████.[9] Based on these definitions, ███████ fall well outside the scope of the OAG's investigation.

Indeed, during "meet and confer" communications with TTO, the OAG confirmed to counsel for TTO that the OAG ███████

███████

███████

███████

███████

███████

TTO has fully cooperated with the OAG's investigation during the last 18 months, having produced voluminous records and multiple witnesses, interspersed with numerous meet-and-confer sessions. ███████

███████

███████

███████

---

[9] ███████

15

Dated: New York, New York
September 16, 2020

/s/ *Amy Carlin*
_____
LAROCCA HORNIK ROSEN
& GREENBERG LLP
40 Wall Street, 32nd Floor
New York, NY 10005
T: (212) 530-4823
*Attorneys for Respondents*
*The Trump Organization, Inc.,*
*DJT Holdings LLC,*
*DJT Holdings Managing Member LLC and*
*Seven Springs LLC*

/s/ *Alan S. Futerfas*
_____
MUKASEY FRENCHMAN & SKLAROFF, LLP
2 Grand Central Tower
140 East 45th Street, 17th Floor
New York, NY 10017
T: (212) 466-6400

-and-

Law Offices of Alan S. Futerfas
565 Fifth Avenue, 7th Floor
New York, NY 10017
T: (212) 684-8400
*Attorneys for Respondent*
*Eric Trump*