# EXHIBIT J

1

2    STATE OF NEW YORK

     OFFICE OF ATTORNEY GENERAL

3    _____

4    In re:

5

6    FINANCIAL STATEMENTS INVESTIGATION

7    _____

8

                         October 5, 2020

9                        9:35 a.m.

10

11

12

13            VIDEOCONFERENCE EXAMINATION

     UNDER OATH of ERIC F. TRUMP, held at 725

14   Fifth Avenue, New York, New York, before

     Wayne Hock, a Notary Public of the State

15   of New York.

16

17

18

19

20

21

22

23

24

25

```
 1
 2    A P P E A R A N C E S:
 3
 4        STATE OF NEW YORK
          OFFICE OF ATTORNEY GENERAL
 5                28 Liberty Street
                  New York, New York 10005
 6
          BY:     MATTHEW COLANGELO, ESQ.
 7                (via videoconference)
                  ERIC R. HAREN, ESQ.
 8                (via videoconference)
                  LOUIS M. SOLOMON, ESQ.
 9                (via videoconference)
                  COLLEEN K. FAHERTY, ESQ.
10                (via videoconference)
                  AUSTIN THOMPSON, ESQ.
11                (via videoconference)
                  GARY FISHMAN, ESQ.
12                (via videoconference)
                  ALEX FINKELSTEIN, ESQ.
13                (via videoconference)
                  KEVIN WALLACE, ESQ.
14                (via videoconference)
15
          THE LAW OFFICES OF ALAN S. FUTERFAS
16                565 Fifth Avenue
                  New York, New York 10017
17
          BY:     ALAN S. FUTERFAS, ESQ.
18                (via videoconference)
19                -and-
20
21
22
23
24
25
```

Page 3

1
2

A P P E A R A N C E S: (Continued)

3
4
5      MUKASEY FRENCHMAN & SKLAROFF LLP
       Attorneys for Witness
6                2 Grand Central Tower
                 140 East 45th Street
7                New York, New York 10017
8      BY:       MARC L. MUKASEY, ESQ.
                 (via videoconference)
9
10     ALSO PRESENT:
11
                 SHAWN BUDD, Videographer
12               (via videoconference)
13
14                    *       *       *
15
16
17
18
19
20
21
22
23
24
25

Page 4

```
 1
 2          THE VIDEOGRAPHER:  We are on the
 3     record.
 4          This is the videographer
 5     speaking, Shawn Budd, with Veritext
 6     Legal Solutions.
 7          Today's date is October 4, 2020
 8     [sic] and the time is 9:35 a.m.
 9          We are here to take the remote
10     video deposition of Eric Trump in the
11     matter of Financial Statements
12     Investigation.
13          Will counsel please introduce
14     themselves for the record.
15          MR. COLANGELO: This is Matthew
16     Colangelo from the New York Attorney
17     General's office.
18          And just one correction to the
19     record, Mr. Budd, I believe you said
20     today was October 4.  Today is the 5th
21     of October.
22          THE VIDEOGRAPHER: My apologies,
23     yes.
24          MR. COLANGELO: Also attending
25     this morning from the Attorney
```

Page 5

```
 1
 2        General's office are Colleen Faherty,
 3        Austin Thompson, Alex Finkelstein,
 4        Eric Haren, Gary Fishman, Kevin
 5        Wallace, and Lou Solomon.
 6             And before we swear the witness,
 7        let's have Mr. Trump's counsel
 8        introduce themselves as well.
 9             MR. FUTERFAS: Good morning, Alan
10        Futerfas for Mr. Trump.
11             Marc, you wanted to say hello?
12             MR. MUKASEY: Sure.
13             Good morning, Marc Mukasey of
14        Mukasey Frenchman and Sklaroff also
15        for Eric Trump.
16             And Matthew, let me ask, are all
17        the folks you just named employees of
18        the Attorney General's office and
19        lawyers on this case or do they have
20        different positions?  And is anybody
21        who's not employed by your office on
22        the phone?
23             MR. COLANGELO: Nobody not
24        employed by any office is on the
25        phone.  Everybody I introduced is an
```

Page 6

```
 1
 2        attorney with the Attorney General's
 3        office working on this matter.
 4              MR. MUKASEY: Thank you.
 5              MR. COLANGELO: Wayne, can you
 6        swear the witness.
 7   E  R  I  C    F.   T  R  U  M  P, having
 8          been first duly sworn by a
 9          Notary Public of the State of
10          New York, upon being examined,
11          testified as follows:
12   EXAMINATION BY
13   MR. COLANGELO:
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                      Page 31
 1                        E. Trump
 2        A.      Yes.
 3        Q.      So did you start working at The
 4   Trump Corporation immediately after
 5   graduating from college?
 6        A.      Virtually, yes.
 7        Q.      And can you tell me what --
 8                MR. COLANGELO: Withdrawn.
 9        Q.      You just said that you work for
10   The Trump Corporation.
11                Can you tell me what The Trump
12   Organization is?
13        A.      I will let somebody who's much
14   better at answering entity questions
15   answer that than me, meaning structural
16   ownership questions.  I would let somebody
17   else handle that.  They'd do a much better
18   job than I would.
19        Q.      Okay.
20                What's your understanding of The
21   Trump Organization?
22                MR. FUTERFAS: I think Mr. Trump
23        will respond to the question with an
24        assertion of rights from here on
25        forward.
```

```
 1              E. Trump
 2         Mr. Trump, if you'd like to
 3    assert your -- he will read an
 4    assertion of rights at this point.
 5         THE WITNESS:  The Attorney
 6    General of the State of New York has
 7    abandoned fairness, justice,
 8    impartiality when it comes to my
 9    family and to our business.  Before
10    Letitia James even took office, she
11    publicly stated that she already
12    concluded that The Trump Organization
13    engaged in wrongdoing and that she was
14    going to use the power of her office
15    to investigate our company, target my
16    family, and go after my father, the
17    President of the United States.  She
18    said that, if elected, she would use
19    her office to look into every aspect
20    of my father's real estate deals.  She
21    swore that she would definitely sue
22    him.  She claimed that he was an
23    illegitimate president more times than
24    I can count.  She boasted on video
25    that she would be, and I quote, "a
```

```
 1                    E. Trump
 2       real pain in the ass."  And she
 3       declared, "just wait until I'm in the
 4       Attorney General's office.  I've got
 5       my eyes on Trump Tower."  In perhaps
 6       her most egregious statement while
 7       campaigning she said, "we must join
 8       with law enforcement and other
 9       attorney generals across this nation
10       in removing this President from
11       office.  It's important that everyone
12       understand that the days of Donald
13       Trump are coming to an end."
14       Q.    Mr. Trump, my question was
15  what's your understanding what The Trump
16  Organization is.
17            MR. FUTERFAS: And he's
18       responding to the question with an
19       assertion of rights which he will
20       make.
21            Please continue reading your
22       assertion and your response.
23            MR. COLANGELO: Hang on one
24       second.
25            Mr. Futerfas, I'm trying to
```

Page 34

```
 1                    E. Trump
 2      conduct this examination as
 3      expeditiously as we can out of respect
 4      for the witness and the court reporter
 5      and the videographer and all the
 6      attorneys.  My question was simply:
 7      What's your understanding of what The
 8      Trump Organization is.
 9             MR. MUKASEY: And Matthew, if
10      you're just a little patient, he is
11      going to assert his rights under the
12      United States Constitution.  Just bear
13      with us.  We want this to go as
14      expeditiously as possible as well.
15      Let him make his response and assert
16      his rights.
17             Thank you.
18      Q.    Go ahead, Mr. Trump.
19      A.    I'd like to start again if I'm
20   going to be interrupted.
21      Q.    Mr. Trump, I'm not going to have
22   my time and all my colleagues' time
23   wasted.  You've already made part of your
24   statement on the record.  Why don't you
25   proceed.
```

Page 35

```
 1              E. Trump
 2      A.     Thank you.
 3              Letitia James made those
 4   statements without a shred of evidence,
 5   all while using them to fundraise and
 6   solicit financial support for her
 7   campaign.
 8              After the Attorney General was
 9   elected, she followed through on these
10   promises, publicly stating that she'd use
11   every area of the law to investigate
12   President Trump, his business
13   transactions, and that of his family.
14   Almost immediately she launched what is
15   now an eighteen-month long fishing
16   expedition wasting tens of thousands of
17   hours and millions of taxpayer dollars.
18   She blatantly took an adversarial
19   political position leading the endorsement
20   of Attorney Generals for Joe Biden and
21   conveniently chose the first day of the
22   Republican National Conventions, moments
23   before my family was set to take the
24   stage, as an appropriate time to file a
25   lawsuit against our company.
```

Page 36

```
 1                    E. Trump
 2            The Attorney General has
 3    continued to make public statements and
 4    pronouncements that reflect clear bias,
 5    and this conduct for an elected official
 6    who's supposed to act without prejudice or
 7    favor is unlawful, it's unethical, and
 8    it's grossly improper.
 9            As we sit here today less than a
10    month away from the United States
11    presidential election and with my father
12    in Walter Reed Hospital, it has never been
13    more clear that Letitia James has
14    weaponized her office to target my father
15    and influence the upcoming election.
16            The Attorney General's known
17    politicization of her duties and
18    responsibilities as an elected official
19    violate every known rule of ethics,
20    impartiality, and justice.  She has a
21    politically-motivated vendetta against my
22    father and our family, and her actions
23    blatantly my due process rights as well as
24    the oath that she swore to uphold.
25            After seeing Letitia James'
```

```
                                    Page 37
 1                    E. Trump
 2   videos and statements, the Attorney
 3   General of the State of Louisiana, Jeff
 4   Landry, stated, "this is what" --
 5        Q.    Mr. Trump, I'm sorry, but this
 6   answer is not responsive.  If you have an
 7   assertion of rights, please make your
 8   assertion of rights.  I can't spend the
 9   entire day with this sort of obstreperous
10   answer.  If you have an assertion of
11   rights, please make your assertion of
12   rights, but the answer you've been giving
13   so far is not responsive to my question.
14            MR. FUTERFAS: He'll have an
15        assertion of rights in ninety seconds.
16        Q.    Go ahead.
17        A.    After Letitia James' videos and
18   statements, Attorney General of Louisiana,
19   Jeff Landry, stated, "this is what an
20   abuse of prosecutorial discretion looks
21   like.  No prosecutor should run on a
22   platform of threatening an American
23   citizen, his family, and his private
24   business with investigations and lawsuits,
25   all for political gain."  The United
```

Page 38

```
 1                    E. Trump
 2  States Supreme Court has stated that
 3  prosecutors are prohibited from engaging
 4  in arbitrary fishing expeditions,
 5  initiating investigations out of malice or
 6  an intent to harass, or using the power to
 7  try and interfere with a President's
 8  official duties.
 9            Furthermore, the Supreme Court
10  has made it very clear that any effort to
11  manipulate a President's policy decisions
12  or retaliate against a President for
13  official acts through the issuance of a
14  subpoena is unconstitutional.
15            Years ago the Supreme Court
16  ruled that one of the Fifth Amendment's
17  basic functions is to protect innocent
18  individuals.  Given the circumstances, it
19  is clear that the Attorney General is not
20  proceeding impartially and is not
21  proceeding without bias or favor.  She's
22  carrying out a deliberate biased political
23  agenda that she promised as a candidate in
24  order to hurt my family and to help the
25  opposing political party.  This is a
```

```
                                    Page 39

 1                     E. Trump

 2   fundamental violation of due process.  It

 3   is a fundamental violation of my rights as

 4   a citizen.

 5              Accordingly, under the direction

 6   of my counsel and for all of the above

 7   reasons, I respectfully decline to answer

 8   the questions under the rights of

 9   privileges afforded to every citizen under

10   the United States Constitution and all

11   parts thereof and thereto including, but

12   not limited, to the separation of powers

13   doctrine, the First Amendment, the Fourth

14   Amendment, the Fifth Amendment, the Sixth

15   Amendment, and the Fourteenth Amendment as

16   incorporated through the Fifth Amendment

17   due process clause.

18              This will be my answer to all

19   further statements.

20       Q.    Mr. Trump, when you joined The

21   Trump Corporation, what was your title?

22       A.    For all the reasons provided in

23   my answer which are incorporated herein in

24   its entirety, I decline to answer that

25   question.
```

Page 262

1          E. Trump

█████████████████████████████████
2
3
4

5      Q.    Do you have any reason to think
6   that Mr. McConney would have recorded a
7   telephone conversation with you that
8   didn't, in fact, happen?
9      A.    For all the reasons provided in
10  my answer, which is incorporated herein in
11  its entirety, I decline to answer the
12  question.
13     Q.    Did you tell Mr. McConney in
14  September, 2012 that New Castle was lands
15  to be donated?
16     A.    For all the reasons provided in
17  my answer, which is incorporated herein in
18  its entirety, I decline to answer the
19  question.
20     Q.    Had you, in fact, made a
21  decision that the New Castle portion of
22  the Seven Springs Estate was to be donated
23  by September 24, 2012?
24     A.    For all the reasons provided in
25  my answer, which is incorporated herein in

```
                                    Page 263

 1                    E. Trump

 2   its entirety, I decline to answer the

 3   question.

 4       Q.    Did you tell Mr. McConney in

 5   September, 2012 that the North Castle land

 6   was to be used as part of the main

 7   mansion?

 8       A.    For all the reasons provided in

 9   my answer, which is incorporated herein in

10   its entirety, I decline to answer the

11   question.

12       Q.    And the main mansion in North

13   Castle is the Meyer Mansion or Meyer

14   House; right?

15       A.    For all the reasons provided in

16   my answer, which is incorporated herein in

17   its entirety, I decline to answer the

18   question.

19       Q.    Was any decision to donate the

20   New Castle land that was made in 2012 a

21   change from the prior year's plans?

22       A.    For all the reasons provided in

23   my answer, which is incorporated herein in

24   its entirety, I decline to answer the

25   question.
```

Page 338

1

2                    CERTIFICATION BY REPORTER

3

4       I, Wayne Hock, a Notary Public of the

5    State of New York, do hereby certify:

6       That the testimony in the within

7    proceeding was held before me at the

8    aforesaid time and place;

9       That said witness was duly sworn

10   before the commencement of the testimony,

11   and that the testimony was taken

12   stenographically by me, then transcribed

13   under my supervision, and that the within

14   transcript is a true record of the

15   testimony of said witness.

16       I further certify that I am not

17   related to any of the parties to this

18   action by blood or marriage, that I am not

19   interested directly or indirectly in the

20   matter in controversy, nor am I in the

21   employ of any of the counsel.

22       IN WITNESS WHEREOF, I have hereunto

23   set my hand this 6th day of October, 2020.

24                        Wayne Hock

25