HABBA MADAIO & ASSOCIATES LLP
Alina Habba, Esq.
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
    -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for Plaintiffs,*
*Donald J. Trump and Trump Organization LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD J. TRUMP and TRUMP ORGANIZATION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LETITIA JAMES, in her official capacity as Attorney General for the State of New York,<br><br>Defendant. | Civil Action No.: 1:21-cv-01352-BKS-CFH<br><br>**DECLARATION OF ALINA HABBA, ESQ.** |

I, Alina Habba, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am managing partner of the firm of Habba Madaio & Associates LLP, counsel for Plaintiff, Donald J. Trump, and Trump Organization LLC (collectively, "Plaintiffs") in the above-captioned matter (the "Action").

2. I submit this declaration pursuant to Federal Rule of Civil Procedure 65 and Local Rule 7.1, in opposition to Defendant's motion to dismiss. The facts herein are true and correct and, unless otherwise stated, are within my personal knowledge.

3. Attached as Exhibit A is a true and accurate copy of the Complaint.

4. On January 25, 2022, counsel for the Office of the Attorney General, Kevin Wallace, informed me via e-mail correspondence that the OAG's New York office, located at 28 Liberty Street, New York, NY, is closed and all staff is working remotely.

Respectfully submitted,

Dated: February 16, 2022
New York, New York

Alina Habba, Esq.
**HABBA MADAIO & ASSOCIATES LLP**
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
        -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for Plaintiffs,*
*Donald J. Trump and Trump Organization LLC*