# EXHIBIT A

**mazars**

Mazars USA LLP
135 West 50th Street
New York, New York 10020

Tel: 212.812.7000
www.mazars.us

February 9, 2022

VIA ELECTRONIC MAIL
Alan Garten, Esq.
The Trump Organization
Executive Vice President and Chief Legal Officer
725 Fifth Avenue
New York, NY 10022

    Re:    Statement of Financial Condition for Donald J. Trump - 2011-2020

Dear Alan,

We write to advise that the Statements of Financial Condition for Donald J. Trump for the years ending June 30, 2011 – June 30, 2020, should no longer be relied upon and you should inform any recipients thereof who are currently relying upon one or more of those documents that those documents should not be relied upon.

We have come to this conclusion based, in part, upon the filings made by the New York Attorney General on January 18, 2022, our own investigation, and information received from internal and external sources. While we have not concluded that the various financial statements, as a whole, contain material discrepancies, based upon the totality of the circumstances, we believe our advice to you to no longer rely upon those financial statements is appropriate.

As we have stated in the Statements of Financial Condition, Mazars performed its work in accordance with professional standards. A subsequent review of those workpapers confirms this.

Due in part to our decision regarding the financial statements, as well as the totality of the circumstances, we have also reached the point such that there is a non-waivable conflict of interest with the Trump Organization. As a result, we are not able to provide any new work product to the Trump Organization.

As of this writing, there are only a limited number of tax returns that still remain to be filed, including those of Donald J. Trump and Melania Trump. We will be providing you a list of those returns and their status towards completion separately.

The due date to file those returns is February 15, 2022. We believe the only information left to complete those returns is the information regarding the Matt Calimari Jr. apartment. As you know, Donald Bender has been asking for this information for several months but has not received it. Once that information is provided to your new tax preparers, the returns can be

Mazars USA LLP is an independent member firm of Mazars Group.

**mazars**

completed. However, if those returns are filed late, there may be a late filing penalty of $10,000 per return, which will likely be subject to abatement. We also believe that due to prior tax payments, there was an overpayment of taxes, thus, there should be no late payment penalty if these returns are in fact filed late.

Mazars will continue to do everything reasonably possible to facilitate a smooth transition to your new tax preparers.

Best regards,

William J. Kelly

Digitally signed by William J. Kelly
DN: cn=William J. Kelly, o=Mazars USA, LLP,
ou=General Counsel,
email=william.kelly@mazarsusa.com, c=US
Date: 2022.02.09 10:06:03 -05'00'

William J. Kelly