# EXHIBIT D

[View this email in your browser](#)



- February 17, 2022 -

## Statement by Donald J. Trump, 45th President of the United States of America

So, Crooked Hillary Clinton, one of the most corrupt politicians ever to run for President, can break into the White House, my apartment, buildings I own, and my campaign—in other words, she can spy on a Presidential candidate and ultimately, the President of the United States—and the now totally discredited Fake News Media does everything they can not to talk about it. On the other hand, failed Gubernatorial candidate, Letitia James, can run for the office of AG on saying absolutely horrendous and false things about Donald Trump, a man she doesn't know and has never met, go on to get elected, and then selectively prosecute him and his family. After viewing millions of pages of documents over many years, they come up with a "Fringe Benefits" case on a car, an apartment, and on grandchildren's education. She is doing everything within their corrupt discretion to interfere with my business relationships, and with the political process. With the rest of the case, even Cy Vance, who just left the DA's office without prosecuting anything additional, because there isn't anything additional to prosecute—THERE IS NO CASE! The targeting of a President of the United States, who got more votes while in office than any President in History, by far, and is a person that the Radical Left Democrats don't want to run again, represents an unconstitutional attack on our Country—and the people will not allow this travesty of justice to happen. It is a continuation of the greatest Witch Hunt in history—and remember, I can't get a fair hearing in New York because of the hatred of me by Judges and the judiciary. It is not possible!