

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

EXECUTIVE DIVISION  
OFFICE OF FEDERAL INITIATIVES

February 28, 2022

**By ECF**
Honorable Brenda K. Sannes
United States District Judge
United States District Court
Northern District of New York
P.O. Box 7336
Syracuse, NY 13261

  RE: *Trump v. James*, NDNY No. 21 Civ. 1352 (BKS)(CFH)

Dear Judge Sannes,

  The Office of the Attorney General ("OAG") represents Defendant, Attorney General Letitia James, in the above-captioned case. We write in connection with Defendant's pending motion to dismiss the complaint (Dkt. No. 14) to advise the Court that Plaintiff Donald J. Trump has today filed a notice of appeal from the February 17, 2022 decision issued by Justice Engoron in the NY Proceeding, a development that bears on the *res judicata* arguments raised in the parties' briefs. A copy of Mr. Trump's Notice of Appeal is annexed as Exhibit A to this letter.

            Respectfully submitted,

            */s/ Colleen K. Faherty*
            Colleen K. Faherty
            Assistant Attorney General
            (212) 416-6046