

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

EXECUTIVE DIVISION

March 28, 2022

**By ECF**
Honorable Brenda K. Sannes
United States District Judge
United States District Court
Northern District of New York
P.O. Box 7336
Syracuse, NY 13261

RE:   *Trump v. James*, NDNY No. 21 Civ. 1352 (BKS)(CFH)

Dear Judge Sannes:

      The Office of the Attorney General ("OAG") represents Defendant, Attorney General Letitia James, in the above-captioned case. We write in connection with Defendant's pending motion to dismiss the complaint (Dkt. No. 14) to advise the Court of a relevant factual development in the NY Proceeding.  Today, Justice Engoron continued his exercise of jurisdiction over OAG's investigation that is the subject of this action through the issuance, following a two and a half-hour conference, of an order compelling Plaintiff The Trump Organization to: (i) submit a report by April 20, 2022 identifying its progress in complying with OAG's subpoenas; (ii) "comply in full with OAG's subpoenas" by April 15, 2022, except for providing its certification and privilege, clawback, and downgrade logs, which are due by April 29, 2022; and (iii) appear for a status conference on April 25, 2022.  A copy of Justice Engoron's order is attached as Exhibit A to this letter.  This development bears on the abstention, Rooker-Feldman, and *res judicata* arguments raised in the parties' briefs.

      Respectfully submitted,

      */s/ Andrew S. Amer*
      Andrew S. Amer
      Special Counsel
      (212) 416-6127