**HABBA MADAIO & ASSOCIATES LLP**
Alina Habba, Esq.
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
      -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for Plaintiffs,*
*Donald J. Trump and Trump Organization LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONALD J. TRUMP and TRUMP ORGANIZATION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LETITIA JAMES, in her official capacity as Attorney General for the State of New York,<br><br>Defendant. | Civil Action No.: 1:21-cv-01352-BKS-CFH<br><br>**DECLARATION OF ALINA HABBA, ESQ.** |

I, Alina Habba, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am managing partner of Habba Madaio & Associates LLP, counsel for Plaintiffs, Donald J. Trump and Trump Organization LLC (collectively, "Plaintiffs"), in the above-captioned matter.

2. I submit this declaration pursuant to Federal Rule of Civil Procedure 65 and Local Rule 7.1, in connection with Plaintiffs' supplemental letter brief submitted in further support of Plaintiffs' motion for a preliminary injunction and in further opposition to Defendants' motion to dismiss. The facts herein are true and correct and, unless otherwise stated, are within my personal knowledge.

3.      Attached as Exhibit A is a true and accurate copy of relevant excerpts of the hearing transcript of the proceedings before the Hon. Arthur S. Engoron held on February 17, 2022 in the matter of *People v. Trump Organization*, Index No. 451685/2020 (N.Y. Sup. Ct).

                                                Respectfully submitted,

Dated:  April 15, 2022
        New York, New York                     Alina Habba, Esq.
                                                **HABBA MADAIO & ASSOCIATES LLP**
1430 U.S. Highway 206, Suite 240
Bedminster, New Jersey 07921
        -and-
112 West 34th Street, 17th & 18th Floors
New York, New York 10120
Telephone (908) 869-1188
Facsimile: (908) 450-1881
E-mail: ahabba@habbalaw.com
*Attorneys for Plaintiffs,*
*Donald J. Trump and Trump Organization LLC*