# EXHIBIT A

```
 1  SUPREME COURT OF THE STATE OF NEW YORK
    COUNTY OF NEW YORK - CIVIL TERM - PART 37
 2  ---------------------------------------------------X

 3   PEOPLE OF THE STATE OF NEW YORK, BY LETITIA    Index No.
     JAMES, ATTORNEY GENERAL OF THE STATE OF NEW    451685/2020
 4   YORK,

 5                          Petitioner,

 6         -against-

 7

     THE TRUMP ORGANIZATION, INC.; DJT HOLDINGS
 8   LLC; DJT HOLDINGS MANAGING MEMBER, LLC;
     SEVEN SPRINGS, LLC; ERICK TRUMP; CHARLES
 9   MARTABANO; MORGAN, LEWIS & BOCKIUS, LLP; AND
     SHERI DILLON,
10

11                          Respondents.

12  ---------------------------------------------------X
                                   60 Centre Street
13  PROCEEDINGS                    New York, New York
    (virtual)                      February 17, 2022
14

15    B E F O R E:

16          HONORABLE ARTHUR S. ENGORON,

17                     JUSTICE

18
    A P P E A R A N C E S:
19

20     OFFICE OF THE ATTORNEY GENERAL
       OF THE STATE OF NEW YORK - LETITIA JAMES
21          ATTORNEYS FOR THE PETITIONER
            28 Liberty Street
22          New York, New York 10005
       BY: KEVIN WALLACE, ESQ.
23     BY: COLLEEN K. FAHERTY, ESQ.
       BY: ANDREW AMER, ESQ.
24
                             (Appearances continued..)
25
```

*Lisa DeCrescenzo*

```
 1   A P P E A R A N C E S:

 2


 3      HABBA MADAIO & ASSOCIATES, LLP
        ATTORNEYS FOR THE RESPONDENT, DONALD J. TRUMP
 4           1430 US-206, Suite 240
             Bedminster, New Jersey 07921
 5      BY:  ALINA HABBA, ESQ.


 6

        LAW OFFICES OF ALAN S. FUTERFAS
 7      ATTORNEYS FOR THE RESPONDENTS,
        DONALD J. TRUMP, JR. AND IVANKA TRUMP
 8           565 Fifth Avenue, 7th Floor
             New York, New York 10017
 9      BY: ALAN S. FUTERFAS, ESQ.
        BY: ELLEN RESNICK, ESQ.
10      BY: RICHARD BRUECKNER, ESQ.

11
        FISCHETTI & MALGIERI, LLP
12      ATTORNEYS FOR THE RESPONDENT, DONALD J. TRUMP
             565 Fifth Avenue, 7th Floor
13           New York, New York 10017
        BY: RONALD FISCHETTI, ESQ.
14

15

16

17

18

19

20

21

22

23
                             LISA M. DE CRESCENZO,
24                           OFFICIAL COURT REPORTER

25
```

*Lisa DeCrescenzo*

1  case where we can prove selective prosecution because

2  she's put her words out there so much and taken every

3  opportunity to voice her vendetta against Donald Trump

4  and his family to take him down.

5        My client is entitled to the protections

6  afforded to him by the Constitution against egregious

7  prosecutorial misconduct.

8        THE COURT:  Let me just say, I'm not the

9  disciplinary committee, so some of the ethical

10  questions are not in front of me.  I tend to say

11  they're not part of this case that I have in front of

12  me.

13        MS. HABBA:  How can you say that?  They are

14  very much a part of this case.  You can't judge someone

15  based on your hatred for them.

16        MS. GREENFIELD: Counselor, when the Judge

17  speaks, you have to stop speaking.

18        MS. HABBA:  I thought he was done.  My

19  apology.

20        THE COURT:  Sometimes I'm a little slow.

21  I'll leave it as I am not the attorney disciplinary

22  committee.  You can do whatever you think is correct

23  there because you're bringing up what I think are

24  issues that are more in terms of yes, the ethics of the

25  participant rather than the legal issues in front of me

1 | you say look what we found.  You found all the

2 | evidence.  Don't you have to go back to whether your

3 | investigation was correct ab initio from the start?

4 | MR. WALLACE: This isn't a Fourth Amendment

5 | claim, and I would note we have developed the evidence

6 | through the productions that the Trump Organization has

7 | agreed to.  Right?  We have proceeded with their

8 | agreement.

9 | They're not before the Court today, and I

10 | would note that for the purposes of the subpoenas that

11 | are before the Court today, even if we weren't

12 | proceeding as to these individuals, the Trump

13 | Organization hasn't challenged the fitness of this

14 | investigation.

15 | They have, in fact, acceded to the fact that

16 | this is a proper investigation.  So, at the very least,

17 | these three are witnesses to potential activity that

18 | took place within the Trump Organization, and I don't

19 | think that there's been any facts established that the

20 | particular investigation was started for an improper

21 | reason either.

22 | THE COURT:  The other side disagrees with--

23 | MR. WALLACE: Obviously, they disagree.

24 | So, I wanted to highlight the fact we have

25 | made our showing and we have found our evidence, and

1  Let's talk about the facts and whether they might

2  suggest a slightly different view of the law.

3          MR. WALLACE: No.  The assignment of the

4  attorney, of the assistant attorney general is to work

5  under the direction of the District Attorney is

6  sanctioned by the Court of Appeals.  The fact that the

7  two investigations are proceeding in parallel is a

8  common occurrence, you know, in both federal and state

9  practice.

10         So, the legal issues aren't.  Mr. Trump is a

11 high profile individual, yes, that is unique.  You

12 know, I think it's unique that there are press releases

13 after we make filings and it gets picked up everywhere.

14         It's unique that probably so many people are

15 paying attention to a rather dry hearing about subpoena

16 enforcement but the legal issues that we're dealing

17 with here are pretty standard; and, as your Honor made

18 the point, Mr. Trump is a citizen.  He has to come in

19 and appear just like anyone else.

20         THE COURT:  Alina, would you want to address

21 the animus ab initio point or uniqueness of this case?

22 Or Alan.

23         MS. HABBA:  Sure.  Sure, your Honor. I will

24 try to be brief.  There's a couple of things I want to

25 respond to.