# EXHIBIT 4

FILED: APPELLATE DIVISION - 1ST DEPT 05/02/2022 04:07 PM                2022-01812
NYSCEF DOC. NO. 3                                          RECEIVED NYSCEF: 05/02/2022

# SUMMARY STATEMENT ON APPLICATION FOR EXPEDITED SERVICE AND/OR INTERIM RELIEF

(SUBMITTED BY MOVING PARTY)

Date: 5/2/2022                                      Case # 2022-01812

Title of Matter: The People of the State of New York, by Letitia James v. The Trump Organization, et al.

Index/Indict/Docket # 451685/2020

Appeal by **Respondent** from  Order ☑  Judgment ☐  Decree ☐   of   Supreme ☑  Surrogate's ☐  Family ☐

County New York

Court entered on April 26, 20 22

Name of Judge Hon. Arthur Engoron, J.S.C.

Notice of Appeal filed on April 27, 20 22

If from administrative determination, state agency _____

Nature of action or proceeding: Article 4 Special Proceeding (Exec. Law 63(12))

Provisions of  ☑ order  ☐ judgment  ☐ decree  appealed from: The appeal is taken from each and every part of the Decision and Order.

This application by appellant / **respondent** is for: The appeal is taken from each and every part of the Decision and Order.

If applying for a stay, state reason why requested: a stay of the Decision and Order appealed from, pending appeal, including a stay of the portion of Order imposing a $10,000 daily fine, and an interim stay pending the resolution of the motion to stay.

Has any undertaking been posted No                If "yes", state amount and type _____

Has application been made to court below for this relief No
If "yes", state Disposition _____

Has there been any prior application here in this court No
If "yes", state dates and nature _____

Has adversary been advised of this application Yes
Does he/she consent No

| Attorney for Movant | Attorney for Opposition |
|---|---|
| Name: Alina Habba, Esq. | Eric Del Pozo, Esq. / Judith Vale, Esq. |
| Address: Habba Madaio & Associates LLP | Office of the Attorney General |
| 1430 U.S. Highway 206, Suite 240 | 28 Liberty Street |
| Bedminster, NJ 07921 | New York, NY 10005 |
| Tel. No. 908-869-1188 | 800-771-7755 |
| Appearing by: Alina Habba, Esq., Michael Madaio, Esq. | judith.vale@ag.ny.gov |
| ahabba@habbalaw.com | eric.delpozo@ag.ny.gov |
| mmadaio@habbalaw.com | |

(Do not write below this line)

**DISPOSITION**

Interim application denied and the motion referred to a full Bench for determination.

_Hon. Tanya R. Kennedy_
Justice

May 3, 2022
Date

Motion Date 5/23/22   Opposition 5/17   Reply 5/23 10 am

EXPEDITE _____   PHONE ATTORNEYS _____   DECISION BY _____

ALL PAPERS TO BE SERVED PERSONALLY.                EUt
                                                Court Attorney

"Revised 10/19"