

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

EXECUTIVE DIVISION
OFFICE OF FEDERAL INITIATIVES

May 11, 2022

**By ECF**
Honorable Brenda K. Sannes
United States District Judge
United States District Court
Northern District of New York
P.O. Box 7336
Syracuse, NY 13261

      RE:    *Trump v. James*, NDNY No. 21 Civ. 1352 (BKS)(CFH)

Dear Judge Sannes,

      The Office of the Attorney General ("OAG") represents Defendant, Attorney General Letitia James, in the above-captioned case. We write in advance of the oral argument scheduled for this Friday, May 13, 2022 to provide the Court with further, supplemental information concerning the procedural posture of the *People v. The Trump Organization, Inc.*, NY County, NY Supreme NYSCEF No. 451685/2020, (hereafter, the "NY Proceeding"). In particular, please find attached an order issued today by Justice Engoron in the NY Proceeding, conditionally granting Mr. Trump's request to purge the finding of contempt upon his satisfaction of certain enumerated acts by May 20, 2022.

      Respectfully submitted,

      */s/ Colleen K. Faherty*
      Colleen K. Faherty
      Assistant Attorney General
      (212) 416-6046