# EXHIBIT 1

# SUPREME COURT OF THE STATE OF NEW YORK
# NEW YORK COUNTY

| | |
|---|---|
| PRESENT: HON. ARTHUR ENGORON<br>Justice | PART 37 |

-----------------------------------------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK, BY LETITIA JAMES, ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                            Petitioner,

                            - v -

THE TRUMP ORGANIZATION, INC., SEVEN SPRINGS LLC, ALLEN WEISSELBERG, ERIC TRUMP, CHARLES MARTABANO, MORGAN, LEWIS & BOCKIUS LLP, SHERI DILLON, DONALD J. TRUMP, IVANKA TRUMP, DONALD TRUMP, JR., CUSHMAN & WAKEFIELD, INC.,

                            Respondents.

-----------------------------------------------------------------X

INDEX NO. 451685/2020

MOTION DATE 04/08/2022

MOTION SEQ. NO. 009

**SUPPLEMENTAL DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 009) 668, 669, 670, 671, 672, 673, 674, 675, 695, 696, 720, 721, 722, 723, 724, 725, 726, 744, 758, 768, 769, 770
were read on this motion for                       CONTEMPT.

Following virtual oral argument held on May 11, 2022, this Court hereby conditionally purges the contempt of respondent Donald J. Trump ("respondent") that this Court issued in an order dated April 26, 2022, provided the conditions detailed below are met on or before May 20, 2022:

    (1) Respondent submits affidavits from any person upon whom respondent, or his counsel, relied on in submitting their prior sworn "Jackson affidavits" of May 6, 2022, including, without limitation: Alan Garten, Cynthia Arce, Maria Enriquez, Owen Reidy, Peter W. Gabra, Randee Ingram, Na'syia Drayton, Ronald P. Fischetti, Michael T. Van der Veen, Lawrence Rosen, and Amy Carlin; and

    (2) Respondent submits an affidavit(s) from the executive assistant(s) referenced in respondent's May 6, 2022 affidavit that details the executive assistant(s) retention and preservation practice for respondent's documents; and

    (3) Haystack ID submits its report on respondent's subpoena compliance and certifies that its review is complete and that all responsive documents have been accounted for, located, and turned over to petitioner; and

    (4) Respondent pays the contempt fine currently due and owing, $110,000 (from April 26, 2022 through May 6, 2022), to petitioner, to be held in petitioner's

451685/2020   PEOPLE OF THE STATE OF vs. TRUMP ORGANIZATION, INC.      Page 1 of 2
Motion No. 009

1 of 2

escrow account pending the final disposition of respondent's appeal of this Court's contempt order before the Appellate Division, First Department.

Failure to satisfy any of the above conditions shall result in the contempt order being restored and the fine reinstated retroactively to Saturday, May 7, 2022.

| 5/11/2022 | | | | |
|---|---|---|---|---|
| DATE | | | ARTHUR ENGORON, J.S.C. | |

| CHECK ONE: | | CASE DISPOSED | X | NON-FINAL DISPOSITION | | |
|---|---|---|---|---|---|---|
| | | GRANTED | | DENIED | | GRANTED IN PART | X | OTHER |
| APPLICATION: | | SETTLE ORDER | | SUBMIT ORDER | | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | FIDUCIARY APPOINTMENT | | REFERENCE |

451685/2020   PEOPLE OF THE STATE OF vs. TRUMP ORGANIZATION, INC.
Motion No. 009

Page 2 of 2

2 of 2