UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONALD J. TRUMP and TRUMP ORGANIZATION LLC,<br><br>Plaintiffs,<br><br>v.<br><br>LETITIA JAMES, in her official capacity as Attorney General for the State of New York,<br><br>Defendant. | Civil Action No.: 1:21-cv-1352 (BKS) (CFH) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I certify that I am admitted to practice in this court. I am appearing in the above-captioned matter as counsel for the plaintiffs, Donald J. Trump and Trump Organization LLC.

Dated: May 12, 2022

_____
Michael T. Madaio, Esq.
Attorney ID No.: 5217864
HABBA MADAIO & ASSOCIATES LLP
112 West 34th Street, 17th, and 18th Floors
New York, New York 10120
Telephone: (908) 869-1188
Facsimile: (908) 450-1881
E-mail: mmadaio@habbalaw.com
*Attorneys for plaintiffs Donald J. Trump and Trump Organization LLC*