# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION**

Dear Clerk of the Court,

Please take notice that on May 27, 2022 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s): ___

IN TESTIMONY WHEREOF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Utica, New York, this 31st day of May, 2022.

Clerk of Court

By:  s/ Helen M. Reese
     Deputy Clerk

### **Case Information**

Case Name & Case No.   Donald J. Trump, et al.   v. Letitia James
                       1:21-CV-1352 (BKS/CFH)
Docket No. of Appeal:  38
Documents Appealed:    36 & 37

Fee Status:   Paid X        Due ___         Waived (IFP/CJA) ___
   IFP revoked ___   Application Attached ___   IFP pending before USDJ ___

Counsel:         Retained X    Pro Se ___

Time Status:  Timely X       Untimely ___

Motion for Extension of Time:     Granted ___   Denied ___

Certificate of Appealability:   Granted ___   Denied ___   N/A ___

State Court Papers are being sent by UPS as of: _____